Aaron Tonken
269 South Beverly Drive PMB 372
Beverly Hills, CA 90212
Social Security Number: 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
Phone: (310) 281-7823


Philip D. Dapeer
Philip D. Dapeer, A Law Corporation
5670 Wilshire Blvd
Suite 1470
Los Angeles, CA 90036-5614
Tel: (323) 954-9144
Fax: (323) 954-0457


United States Trustee
Ernst & Young Plaza
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

Active Credit Services Inc
PO Box 80370
Portland, OR 97280-1370


Active Credit Services Inc
PO Box 80370
Portland, OR 97280-1370


Air Royal International
6310 San Vincinte Blvd
Suite 400
Los Angeles, CA 90048


Alan H Kaye DDS Inc
436 North Roxbury Drive
Suite 107
Beverly Hills, CA 90210


Alan Krausen The Travel Authority
774 Mays Blvd
PMB 10-361
Incline Village, NV 89451


Alan and Colleen Krausen
The Travel Authority
714 Mays Blvd PMB 10 361
Incline Village, NY 89451

Albert Coombes Esq Re Dorian Paul
Penthouse 4  Encino Law Center
15915 Ventura Blvd
Encino, CA 91436


Alex Khanoukhov
c/o David Geren Attorney At Law
15760 Ventura Blvd
Encino, CA 91436


Alexander M Salgado CEO
Funny Bagels Food Co Inc
12000 Biscayne Blvd Suite 104
Miaimi, FL 33181


Alice Borden
Alice Borden Company
13743 Ventura Blvd Ste 360
Sherman Oaks, CA 91423


Aloha Limousine Services
PO Box 352
Hawthorne, CA 90251-0352


American Agencies
PO Box 2829
Torrence, CA 90509-2829

Amy Guinnee
Graphic designer illustrator
23857 Arroyo Park Dr
212
Valencia, CA 91355


Archer School For Girls
Headmaster Arlene Hogan
11725 Sunset Blvd
Los Angeles, CA 90049


Argent Healthcare Financial Service
P O  Box 33009
Phoenix, AZ


Argent Healthcare Financial Service
2726 Frank Scott Pkwy West
Belleville, IL 62223


Arnold Rifkin
1471 San Remo Drive
Pacific Palisades, CA


Asher Dann
c/o The Friars Club of California
9900 Santa Monica Blvd
Beverly Hills, CA 90212

AT & T
PO Box 8220
Aurora, IL 60572-8220


AT & T
PO Box 51471
Los Angeles, CA 90051-5771


AT & T W1RELESS
PO Box 8229
Aurora, IL 60572-8229


AT & T WIRELESS
PO. Box 8229
Aurora, IL 60572-8229


AT& T Wireless
PO Box 78224
Phoenix, AZ 85062-8224


AT&T WIRELESS
PO Box 51471
Los Angeles, CA 90051-5771

AT&T WIRELESS
PO Box 78224
Phoenix, AZ 85062-8224


AT&T WIRELESS
PO Box 8229
Aurora, IL 60572-8229


AT&T Wireless Services
Receivables Management Department
PO Box 51471
Los Angeles, CA 90051-5771


Beverly Hills Watch Company
c/o Tony Forberg
211 South Beverly Drive  214
Beverly Hills, CA 90212


Blair Underwood
c/o William Morris Agency
151 El Camino Drive
Beverly Hills, CA 90212


Blake Lindquist
8561 ½ Holloway
Los Angeles, CA 90069

Blake Lindquist
Elliott R. Speiser & Associates
1800 Century Park East Suite 400
Los Angeles, CA 90067


Blossetee Kitson
11740 Wilshire Blvd
Suite 2408
Los Angeles, CA 90025


Blossette Kitson
1444 Carroll Street
Brooklyn New York 11213


Blue Cross of California
PO Box 70000
Van Nuys, CA 91470-0001


Bmrelles
75 East Northfield Road
Livingston, NJ 07039


Brad Axelrod
Law Offices Of Brad Lee Axelrod
3461 Tilden Avenue
Los Angeles, CA 90034-6003

Bradley OLeary
9602 Oak Pass Road
Beverly Hills, CA 90210


Bretta J Nock
505 Avondale Avenue A
Los Angeles, CA 90049


Burrelles Luce
75 East Northfield Road
Livingston, NJ 07039


Burrelles/Luce
75 East Northfield Road
Livingston, NJ 07039


Burrelles
75 East Northfield Road
Livingston, NJ 07039


CA EMERGENCY PHYS BROTMAN
PO Box 582663
Suite D23
Modesto, CA 95358-0046

CA EMERGENCY PHYS BROTMAN
1601 Cummins Dr
Suite D23
Modesto, CA 95358-6403


Caine & Weiner
P.O. Box 8500
Van Nuys, CA 91409-8500


Camryn Manheim & Karl Manheim
Ruby Wilder
2401 Eastern Ct
Venice, CA 90291


Cartier Jewelers
370 North Rodeo Drive
Beverly Hills, CA 90210


Cedars Sinai Medical Center
PO Box 512480
Los Angeles, CA 90051-0480


CHABAD
Rabbi Cunin
741 Gayley Avenue
Los Angeles, CA 90024

CHABAD of San Diego
Rabbi Fradkin
10185 Pomerado Road
San Diego, CA 92131


Chapman University
333 North Glassell Street
Orange, CA 92866


Charisse Browner President
Performing Arts dba Knowledge Power
2600 W Olive Avenue Suite 850
Burbank, CA 91505


Choice Humanitarian
Snell & Wilmer, UP  Wade Budge
15 West South Temple Suite 1200
Salt Lake City, Utah 84101


Chris Woodrum The Kids Campaign
Proskauer Rose LP Alex Pacheco Esq
2049 Century Park East Suite 3200
Los Angeles, CA 90067


Christian Boeving
7407 West Manchester 4
Los Angeles, CA 90045

Cisco Inc
1702 Townhurst
Houston, TX 77043

CISCO, INC
1702 Townhurst
Houston, TX  77043

CISCO INC
Attn Cisco Inc
1702 Townhurst
Houston, TX 77043

Clara Hickerson
261 South Orange Drive
Los Angeles, CA 90036

Clay Lacy Aviation
7435 Valjean Avenue
Van Nuys, CA 91406

CMRE
3350 East Birch Street
Suite 200
Brea, CA 92821-6267

Collection Agency Transworld Systm
5880 Commerce Blvd
Rohnert Park, CA 94928

Corniche Travel
8721 Sunset Blvd
Suite 200
West Hollywood, CA 90069

Costello Rogers and Associates Inc
PO Box 1029 281
Van Nuys, CA 91408

Credit Management Services
Re: The Delivery Zone
6355 Topanga Canyon Blvd 250
Woodland Hills, CA 91367

Credit Plus Collection Services
Verizone W California CA SM BUS
2491 Paxton Street  PO Box 67533
Harrisburg, PA 17106-7533

Credit Bureau of South Bay Dist
Re SO CAL EDISON-539
PO Box 7520
Santa Monica, CA 90406

Cynthia Gershman
412 Robert Lane
Beverly Hills, CA 90212


Cynthia Gershman
c/o Brian Sun
100 Wilshire Blvd Suite 700
Santa Monica, CA 90401-1142


Cynthia Gershman
412 Robert Lane
Beverly Hills, CA 90210


Cynthia Gershman
412 Robert Lane
Beverly Hills, CA 90212


Dan Klores Communications
Dan Klores
386 Park Avenue South 10th Fl
New York, New York 10016


Daphna Ziman
CHILDREN Uniting Nations
1006 N  Rexford Drive
Beverly Hills, CA 90210

Daphna Ziman
Children Uniting Nations
1006 N. Rexford Drive
Beverly Hills, CA 90210


David Schwimmer The Lookinglass Co
c/o Gersh Agency Leslie Siebert
PO Box 5617
Beverly Hills, CA 90210


David Kaster  Lany Schwartz
c/o Seidlers Fine Jewelers
303 Worcester Road Suite 9
Framingham, MA 01701


David Kaster
Seidler Jewels of Boston
333 Washington Street Third Floor
Boston, MA 02108


David Schwimmer
c/o Gersh Agency  Leslie Siebert
PO Box 5617
Beverly Hills, CA 90210


Dee Steine
12100 Wilshire Blvd Suite 400
Los Angeles, CA 90025

Denise Rich
G & P Charitable Foundation
785 Fifth Avenue 18th floor
New York, New York 10022


Dermatology Associates Med
465 N. Roxbury Drive
Suite 803
Beverly Hills, CA 90210


Dino Pereila Fernanda
c/o Wendy Zinn  Zinn & Assoc
23236 Lyons Avenue Suite 216
Newhall, CA 91321


Dr Robin Eisner
23725 Park Del Monte
Calabasas, CA 91302


Dr Nicholas R Nikolov
436 N Bedford Drive
Suite 207
Beverly Hills, CA 90210


Drew Donen
576 E Thousand Oaks
Thousand Oaks, CA 91362

Dunhill Resources
Todd Thoman & John Hall
730 North Post Oak Road  400
Houston, Texas 77024


Edward Jamison Esq
Law Offices of Edward Jamison
9899 Santa Monica Blvd St 105
Los Angeles, CA 90212


Edward Jamison Esq
9899 Santa Monica Blvd St 105
Beverly Hills, CA 90212


Elizabeth D Le Esq
Rein Evans & Sestanovich LLP
1925 Century Park East 16th Fl
Los Angeles, CA 90067


ETRO USA
720 Madison Avenue
New York, New York 10021


ETRO USA
c/o Michael Doland  Doland & Gould
10866 Wilshire Blvd Suite 300
Los Angeles, CA 90024-4311

First National Credit Card
PO Box 5097
Sioux Falls, SD 57117-5097


First National Credit Card
Legacy Visa
PO Box 5120
Sioux Falls, SD 57117-5120


First National Credit Card
Legacy Visa
PO Box 5120
Sioux Falls, SD 57117-5120


First National Credit Card
Legacy Visa
PO Box 5120
Sioux Falls, SD 57117-5120


Freeman Freeman & Smiley LLP
Doug Freeman
3415 Sepulveda Blvd Pent Ste 1200
Los Angeles, CA 90034-6060


Funny Bagel Food Company Inc
Katz Barron Squitero Faust and Boyd
2699 South Bayshore Drive 7th FL
Miami, FL 33133

Funny Bagel Food Company Inc
Alex Salgado
12000 Biscayne Blvd Suite 104
Miami, FL 33181


G & P Charitable Foundation
770 Lexington Blvd
New York, New York 10021


Gary Smith
Gary Smith Productions
1438 N Gower Street Box 15
Los Angeles, CA 90028


Gebbia Group
John Gebbia Sr
121 South Beverly Drive
Beverly Hills, CA 90212


George Bird
Law Offices of George Bird
3424 Carson Street  Suite 460
Torrance, CA 90503


Governor Edward G  Rendell
200 South Broad Street
Suite 430
Philadelphia, PA 19102

Harbour House South Claims Office
c/o Hamlin &. Burton Liability Mgmt
111 Magnolia Avenue Suite 1000
Longwood, FL 32750


Hoag Hospital
One Hoag Drive
PO Box 6100
Newport Beach, CA 92658-6100


Hoag Hospital
One Hoag Drive
PO Box 6100  Bldg 44  Suite 180
Newport Beach, CA 92658-6100


Hoag Hospital
One Hoag Drive
PO Box 6100
Newport Beach, CA 92658-6100


Irina Maleeva
c/o Nathan Goller Esq
8772 Beverly Blvd
West Hollywood, CA 90048


Isabelle and Leonard Goldenson Ass
c/o Loreen Arbus Productions
8075 West 3rd Street Suite 410
Los Angeles, CA 90048

Jack Nicholson
c/o 9911 W  Pico Blvd Penthouse A
Los Angeles, CA 90035


James Moore
3845 Tracy Street
Los Angeles, CA 90021


James Levin
Lemus Group
919 W Michaigan Avenue
Chicago, IL 60611


James H Sternberg MD
A Medical Corporation
10921 Wilshire Blvd Suite 410
Los Angeles, CA 90024


Jason McKinley
1229 4th Street
Santa Monica, CA 90401


Jeffrey Lane
Jeffrey Lane Public Relations
9056 Santa Monica Blvd Suite 304
Los Angeles, CA 90069

Joan English Cancer Research Fund
c/o Dr Robin Eisner   Tom English
23725 Park Del Monte
Calabasas, CA 91302


Joan English Cancer Research Fund
c/o Dr Robin Farias Eisner
23725 Park Del Monte
Calabasas, CA 91302


Jody and Joni Berry
190 North Canon Drive Suite 404
Beverly Hills, CA 90210-5323


Joel Spivak
Law Offices of Joel Spivak
3760 Motor Avenue  Suite 213
Los Angeles, CA 90034-6404


John Wayne Cancer Institute
c/o 3 west  Joyce Green
1328 22nd Street
Santa Monica, CA 90404


John Murphy
7658 East Manana
Scottsdale, AZ 85255

John Murphy
7658 East Manana
Scottsdale, AZ 85255


John Gebbia Sr
Calabasas asset Holding Co Inc
121 S Beverly Drive
Beverly Hills, CA 90212


John Murphy & Bill Stredney
10231 East Buckskin Trail
Scottsdale, AZ 85255


Jonathan Silverman
2255 Mountain Oak Drive
Los Angeles, CA 90068


Jonathan Silverman
2255 Mountain Oak Drive
Los Angeles, CA 90068


Joseph P Costa
Re: Teresa Lopez
10635 Santa Monica Blvd Suite 320
Los Angeles, CA 90025

Judicial Watch
Peter F Paul
501 School Street SW Suite 500
Washington, DC 20024


Katherine Baumann
Katherine Baumann Designs
441 North Beverly Drive Suite 210
Beverly Hills, CA 90210


Kelsey Grammer
Atten xoehitl
5555 Melrose Avenue Lucy Bung 206
Hollywood, CA 90038


Ken Roberts
3099 Mandeville Canyon Road
Los Angeles, CA 90049


Kevin Clarke Esq
5959 W Century Blvd
Suite 510
Los Angeles, CA 90045


Law Offices of Michael Simkin
1925 Century Park East Suite 500
Los Angeles, CA 90067-2706

Loreen Arbus
Norm Chandler Fox
8841 Appian Way
Los Angeles. CA 90046-7734


Loreen Arbus  Norm Chandler Fox
c/o Kenoff & Macbtinger LLP
1901 Avenue of the Stars Ste 1050
Los Angeles. CA 90067


Lori Jonas
Lori Jonas Public Relations
240 26th Street Suite 3
Santa Monica, CA 90402


Lorna Berle
10490 Wilshire Blvd
Los Angeles, CA 90024


Los Angeles Collection Service
2140 Westwood Blvd
Suite 224
Los Angeles, CA 90025


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Lynne Cohen
Address not available


Marsue & Peter MacNicol
10376 Tennessee
W Los Angeles, CA


Martin Gubb  James Fritz
DiPinto & Shimokaji
1301 Dove Street Suite 480
Newport Beach, CA 92660


Martin Gubb
President L&P Conveners Inc
PO Box 27
Southbridge, MA 01550

Martin Gubb
M R G Realty Inc,
1807 Latigo Canyon Road
Malibu, CA 90265

Mediavast Inc  John J. Chow
Law Offices of Martin Goldman
10880 Wilshire Blvd Suite 2240
Los Angeles, CA 90024-4123

Michael and Jenna King
12400 Wilshire Blvd
Suite 1170
Los Angeles, CA 90025

Michael Moskovitz
2307 Miramar Blvd
University Heights, OH 44118

Alan Krausen
The Travel Authority
774 Mays Blvd PMB 10-361
Incline Village, NY 89451

Mr & Mrs Dino Pereira Fernanda
Spectrum Lithograph
44242 Fremont Blvd
Fremont, CA 94538

National Registered Agents Inc
PO Box 927
West Windsor, NJ 08550-0927


The Zone/Sunfare
Attn Norma
120 S Anderson Street
Los Angeles, CA 90033


National Registered Agents Inc
PO Box 927
West Windsor, NJ 08550-0927


National Registered Agents Inc
Re LA Performing Arts Found Inc
PO Box 927
West Windsor, NJ 08550-0927


National Registered Agents Inc
PO Box 927
West Windsor, NJ 08550-0927


Nationwide Recovery Systems
2304 Tarpley Drive
134
Carrollton, TX 75006

NCO Financial Systems Inc
Attn Karen Gross
PO Box 41448
Philadelphia, PA 19101-1466


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


NCO FINANCIAL SYSTEMS
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc
PO Box 41448
Philadelphia, PA 19101


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems Inc
PO Box 41457
Philadelphia, PA 19101-1457


Neil Silver   Gay Harwin
Law Offices of Gay Harwin
9454 Wilshire Blvd Suite 707
Beverly Hills, CA 90212


Neil Silver
c/o Steven E Machat Esq
1547 Sunset Plaza Drive
Los Angeles, CA 90069


Neil Silver
Funny Bagel Food Company
12000 Biscayne Blvd Suite 104
Miami, FL 33181


Neil Silver   Ken Nathanson Esq
Sherman & Nathanson
9454 Wilshire Blvd Suite 820
Beverly Hills, CA 90212


Newport Emergency Medical GRP
351 N Newport Blvd
541
Newport Beach, CA 92663-4120

Newport Emergency Medical GRP
351 N Newport Blvd Suite 541
Newport Beach, CA 92663-4120


Norman Acker
135 McCarty Drive
Beverly Hills, CA 90212


Orchard Bank
Bankcard services
PO Box 60102
City of Industry, CA 91716-0102


Orchard Bank
BANKARD SERVICES
PO Box 60102
City of Industry, CA 91716-0102


Orchard Bank
BANKCARD SERVICES
PO Box 60102
City of Industry, CA 91716-0102


Orchard Bank
Bankcard Services
PO. Box 60102
City of Industry, CA 91716-0102

OSI Collection Serv Inc Re Verizon
200 S Executive Dr 3red FL
PO Box 933
Brookefield, WI 53008-0933


Pat Waters  Waters  Inc
c/o Wendy Zinn  Zinn Assoc
23236 Lyons Avenue Suite 236
Newhall, CA 91354


Pat Waters
Waters Inc
25852 McBean Parkway  Ste 501
Valencia, CA 91355


Paula J. Abdul
c/o Law Offices of Mark Kaplan
2049 Century Park East Ste 2660
Los Angeles, CA 90067


Peoples Choice Wireless Inc
253 S Beverly Dr
Beverly Hills, CA 90212


Petersen Aviation
Christie Thomson
7155 Valjean Avenue 91406

Philip Levy
Law Offices of Philip Levy
16 Wild Goose Court
Newport Beach, CA 92663


President Gerald R. Ford
PO Box 927
Rancho Mirage, CA 92270


President & Mrs Gerald R Ford
c/o The Betty Ford Center
PO Box 927
Rancho Mirage, CA 92270


Race to Erase MS
Nancy Davis Nancy Davis Foundation
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067


Randy DiPrima
890 Hampshire Road Suite B
Westlake Village, CA 91361


RCO
7171 Mercy Road
Omaha, NE 68106

Reed Bryson
Burrelles
15260 Ventura Blvd  Suite 1110
Sherman Oaks, CA 91403


Regal Rents
2310 E Imperial Highway
El Segundo, CA 90245


RFF Family Partnership LLP
c/o Huron Law Group  Henry Busbkin
1801 Century Park East Suite 480
Los Angeles, CA 90067


Richard Walters Entertainment
Richard Walters
ADDRESS NOT AVAILABLE


Richard Ardi
5699 Kanan Road
Suite 343
Agoura Hills, CA 91301


Risk Management Alternatives Inc
Re SBC P
PO Box 105408 .
Atlanta, GA 30348

Robert H Lorsch  RHL Group
c/o Law Offices of RM Yaspan
6345 Balboa Blvd
Encino, CA 91316


Robert Kramer  Tom Holt Kramer
457 West Hermosa Place
Palm Springs, CA 92262


Robert Falls
Witherbee Foundation


Robert Freedman
11575 Dona Doretea Drive
Studio City, CA 91604


Robert H Lorsch  Adam Kreicher
Robert H Lorsch Foundation Trust
2700 Bowmont Drive
Beverly Hills, CA 90210


Robert Freedman  Henry Bushkin
c/o Huron Law Group
1801 Century Park East Suite 480
Los Angeles, CA 90067

Robert H Lorsch
RHL Group
2700 Bowmont Drive
Beverly Hills, CA 90210


Robert Procop
c/o Jewels of Beverly Hills
9489 Dayton Way Suite 300
Beverly Hills, CA 90212


Robert H Lorsch Foundation Trust
Law offices of Adam Treiger
2801 Townsgate Road Suite 215
Westlake Village, CA 91361


Robert H Lorsch Foundation Trust
Stowell Zeilenga & Ruth Treiger
2801 Townsgate Road
Westlake VIllage, CA 91361


Roger Lane
Jeffrey Lane Public Relations
9056 Santa Monica Blvd Suite 304
Los Angeles, CA 90069

Roseanne Barr
Robert Marshall Greenberg, Glusker
1900 Avenue of the Stars Suite 2100
Los Angeles, CA 90067


Rudy Durand
324 N  Palm Drive Suite 403
Beverly Hills, CA 90210


Sally Helfer
1100 Alta Loma Road
Los Angeles, CA 90069


SBC
Payment Center
Van Nuys, CA 91388


SBC
Payment Center
Van Nuys, CA 91388


SBC
Payment Center
SAC, CA 95887-0001


Sophien Bennaceur
Address unknown

Southern CA Edison
PO Box 600
Rosemead, CA 91771-0001


Stanley Myatt
Myatt Holdings
11900 Biscayne Blvd Ste 262
Miami, FL 33181


Starkey Hearing Foundation
6700 Washington Avenue South
Eden Prairie, MN 55344


Steve Fox
980 ViaMirada
Monterey, CA 93940


Steven Jacobs MD
436 North Bedford Drive Ste 214
Beverly Hills, CA 90210


Steven Fox
980 Via Mirada
Monterey, CA 93940

Studio Instrument Rentals
6465 Sunset Blvd
Hollywood, CA 90028


Studio Instrument Rentals
6465 Sunset Blvd
Hollywood, CA 90028


SZABO ASSOCIATES INC
Attn: Jamal L Thrash
3355 Lenox Road NE Ninth FL
Atlanta, GA 30326-1332


Tanner Mainstain Hoffer Peyrot
Michael Glynn
10866 Wilshire Blvd 10th floor
Los Angeles, CA 90024-4303


The Nancy Davis Foundation
c/o KPMG LLP  Attn Lisa Grefrath
707 Seventeen Street
Denver, CO 80202


The Giving Back Fund
c/o Ritch Ritchie  Marc Pollick
888 West Sixth Street, 8th Floor
Los Angeles, CA 90017

The Beverly Hills Watch Co
227 South Beverly Drive
Beverly Hills, CA 90212


The Friars Club
Irwin Schaeffer
9900 Little Santa Monica Blvd
Beverly Hills, CA 90212


The Robert H Lorsch Found Trust
Adam Krajchir  Trustee Exec Dir
1158 26th Street #521
Santa Monica, CA 90403


The Empty Vase
9033 Santa Monica Blvd
West Hollywood, CA 90069


The Friars Charitable Foundation
9900 Little Santa Monica Blvd
Beverly Hills, CA 90212


The Delivery Zone
Attn: Norma
120 S Anderson St
Los Angeles, CA 90033

The Giving Back Fund
Mark Panik
54 Canal Street Suite 320
Boston, MA 02114


Thomson West
Accounts Payable
610 Opperman Drive
Eagan, MN 55123


Time Warner City Cable
Attn Barbara Fox
11 West 19th Street
New York, New York 10011


Time Warner Cable
11 West 19th Street 8th Floor
New York, New York 10011


Todd Thoman
730 North Post Oak Road 4th FL
Houston, TX 77024


Tom English  Tengo Inc
1600 Mahalo Place
Dominguez Hills. CA 90220

Tony Alverti
Five 0 Security
311 North Robertson Suite 770
Los Angeles, CA 90211


Transworld Systems Inc
5880 Commerce Blvd
Rohnert Park, CA 94928-1651


Transworld Systems Inc
Collection Agency The Delivery Zone
6355 Topanga Cyn Blvd 250
Woodland Hills, CA 91367


Transworld Systems Inc
Collection Agency
6355 Topanga Cyn Blvd Suite 250
Woodland Hills, CA 91367


Treefrogs
Fred Gibbons
501 North Roberston Blvd
Los Angeles, CA 90048


United Mercantile
Media Vast Inc
PO Box 1347
Gibsonia, PA 15044

United Mercantile Of Pittsburgh
PO Box 1347
Gibsonia, PA 15044


Universal Fundraising Foundation
576 E Thousand Oaks Blvd
Thousand Oaks, CA 91362


Verizon Management Call Center
1135 E Chocolate Avenue
Hershey, PA 17033


Verizon California
PO Box 30001
Inglewood, CA 90313-0001


Vicki M  Roberts Esq
Attorney At Law
PO Box 642326
Los Angeles, CA 90064


Vicki M Roberts
Law Offices of Vicki M  Roberts
P O  Box 642326
Los Angeles, CA 90064

Wendy Haag Wendy Haag Design
Wendy ZIM & Associates
23236 Lyons Avenue Suite 216


Westside Recovery Services LLC
Leonard Gilbert General Manager
8489 W 3rd Street Suite 1054
Los Angeles, CA 90048


William H Austin
6700 Washington Avenue South
Eden Prairie, MN 55344


William Jefferson Clinton
Address not available


William Morris Agency
Norman Brokaw
151 El Camino Drive
Beverly Hills, CA 90212


Women of Washington  Gail Berendzen
c/o  Loreen Arbus Productions
8075 West 3rd Street Suite 410
Los Angeles, CA 90048

XIV Karats LTD
314 South Beverly Drive
Beverly Hills, CA 90212


State of California
c/o Bill Lockyer Attorney General
300 South Spring Street Rm 5212
Los Angeles, CA 90013


United States of America
Debra Yang United States Attorney
312 North Spring Street Suite 1100
Los Angeles, CA 90012