FILED

04 MAR 24 PM 3:56

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

BY _____

BILL LOCKYER
Attorney General
JAMES M. CORDI
Supervising Deputy Attorney General
TANIA M. IBANEZ, SBN 145398
SONJA K. BERNDT, SBN 131358
Deputy Attorneys General
   300 South Spring Street, Room 5212
   Los Angeles, California 90013
   Telephone: (213) 897-2179
   Fax: (213) 897-7605

Attorneys for the California Attorney
General on behalf of Creditor the People of
the State of California

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

AARON TONKEN, an individual,

                              Debtor.

Case No.: LA 04-12883 EC

**Chapter 7**

**CREDITOR STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION FOR DETERMINATION OF APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY (11 U.S.C. § 362(b)(4)) [F.R.B.P. Rule 9014; L.B.R. 9013-1]**

Date: To be Specially Set by Court
Time:
Place: Courtroom 1639

TO THE DEBTOR, AARON TONKEN; TO HIS ATTORNEY OF RECORD, PHILIP D. DAPEER, ESQ.; TO THE UNITED STATES TRUSTEE; AND TO THE TRUSTEE APPOINTED IN THIS BANKRUPTCY PROCEEDING, HELEN RYAN FRAZER;

TO THE FOLLOWING DEFENDANTS IN THE STATE COURT ACTION *PEOPLE V.*

1.

STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION FOR DETERMINATION OF
APPLICABILITY OF EXCEPTION FROM AUTOMATIC STAY

1 | *TONKEN, ET AL.* (LACSC CASE NUMBER BC292011) AND TO THEIR ATTORNEYS OF
2 | RECORD: ROBERT FREEDMAN, R.F.F., INC., RFF FAMILY PARTNERSHIP, KEVIN
3 | MATTES CLARKE, RONIN LAW GROUP, CYNTHIA GERSHMAN, EDWARD JAMISON,
4 | AND BLAKE REEVES LINDQUIST; AND
5 |     TO PLAINTIFFS LOREEN ARBUS, NORMAN CHANDLER FOX AND THE
6 | ISABELLE & LEONARD GOLDENSON ASSOCIATION, INC. IN *ARBUS, ET AL. V.*
7 | *TONKEN, ET AL.* (LACSC CASE NUMBER SC078948) AND DEFENDANTS AARON
8 | TONKEN, AARON TONKEN & ASSOCIATES, KEVIN MATTES CLARKE AND RONIN
9 | LAW GROUP IN *ARBUS, ET AL. V. TONKEN ET AL.*, AND TO THE PARTIES'
10 | ATTORNEYS OF RECORD IN THAT ACTION:
11 |     PLEASE TAKE NOTICE that on a date to be determined by the Court, of which the
12 | above-referenced parties will be noticed by the Court, in the courtroom of the Honorable Ellen
13 | Carroll (Room 1639), located at the United States Bankruptcy Court, Central District of Los
14 | Angeles, Edward R. Roybal Federal Building, 255 E. Temple Street, Los Angeles, California
15 | 90012-3300, Creditor the People of the State of California, ex rel. Bill Lockyer, Attorney General
16 | of the State of California ("Attorney General") will, and hereby does, move this Court pursuant to
17 | Title 11 of the United States Code, section 362(b)(4), Federal Rules of Bankruptcy Procedure
18 | Rule 9014, and United States Bankruptcy Court-Central District Local Rule 9013-1, for an order
19 | declaring that all of the causes of action being litigated in the pending state court action entitled
20 | *The People ex rel. Bill Lockyer v. Aaron Tonken, et al.* (LACSC Case Number BC282011)
21 | ("*People v. Tonken*") (with the exception of the breach of contract and promissory estoppel
22 | causes of action) are exempt from the automatic stay imposed as a result of debtor Aaron
23 | Tonken's filing of a petition under Chapter 7 of Title 11 of the United States Code.
24 |     This Motion is based upon the following ground:
25 |     On filing his bankruptcy petition in this Court, debtor Aaron Tonken ("Tonken"), a
26 | defendant in *People v. Tonken*, received an automatic stay order pursuant to Title 11, United
27 | States Code, section 362(a), halting the filing or continuation of any actions against Tonken. The
28 | Bankruptcy Code and Tonken's automatic stay order exempt government enforcement actions

2.

STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION FOR DETERMINATION OF
APPLICABILITY OF EXCEPTION FROM AUTOMATIC STAY

from these automatic stay provisions: the commencement or continuation of an action or proceeding by a governmental unit to enforce such governmental unit's police and regulatory power is excluded from the automatic stay provisions of section 362(a). 11 U.S.C. § 362(b)(4). *People v. Tonken* is a charitable trust enforcement action and a consumer protection action brought by the Attorney General using his police and regulatory powers to remedy the harm caused to California charities and donors of charitable contributions by Tonken's unlawful conduct in connection with several charity fundraising events that Tonken produced or was supposed to produce. *People v. Tonken* falls within the Bankruptcy Code exemption.

This motion is based on this Notice of Motion and Motion, the accompanying Statement of Reasons in support of the motion (pursuant to Local Bankruptcy Rule 9013-1(a)(4)), the accompanying Memorandum of Points and Authorities, the proposed findings and order submitted herewith, the pleadings and other documents on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.[1]

DATED: March 23, 2004

Respectfully submitted,

BILL LOCKYER, Attorney General
of the State of California
JAMES M. CORDI
Supervising Deputy Attorney General
TANIA M. IBANEZ
SONJA K. BERNDT
Deputy Attorneys General

By _____
SONJA K. BERNDT
Deputy Attorney General

---

1. Two additional defendants in *People v. Tonken*, Andrew Donen and his company Universal Fundraising Foundation, were named as defendants in Doe amendments recently filed with the state court. The State has been unable to locate Mr. Donen as of the date of filing this motion. The State will serve this notice on Mr. Donen and Universal Fundraising Foundation, and all documents filed in connection with this motion, as soon as it has located Mr. Donen.

3.

# **DECLARATION OF SERVICE**
(AG Mailroom)

Case Name: **In re AARON TONKEN, an individual**          No.: LA 04-12883 EC

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 24, 2004, I served the attached **CREDITOR STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION FOR DETERMINATION OF APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 So. Spring St., Los Angeles, CA 90013, addressed as follows:

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2004, at Los Angeles, California.

| P. GONZALES | _[signature]_ |
|---|---|
| Typed Name | Signature |

## MAILING LIST

**In re People v. Tonken**
**USBC Case No. LA-04-12883**

| | |
|---|---|
| Aaron Tonken<br>269 South Beverly Drive<br>PMB 372<br>Beverly Hills, CA 90212 | Debtor |
| Philip D. Dapeer, Esq.<br>5670 Wilshire Blvd., Suite 1470<br>Los Angeles, CA 90036 | Counsel for Debtor, Aaron Tonken |
| Helen Ryan Fazer<br>Atkinson Andelson Loya Ruud & Romo<br>17871 Park Plaza Drive<br>Cerritos, CA 90703 | Assigned Trustee |
| United States Trustee<br>Ernst & Young Plaza<br>725 South Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | United States Trustee |

**In Re People v. Tonken**
**Case No. LASC BC292011**

| | |
|---|---|
| Joel A. Spivak, Esq.<br>3760 Motor Avenue #213<br>Los Angeles, CA 90034-6464 | Counsel for Defendants, Aaron Tonken and Aaron Tonken & Associates |
| Brian Sun, Esq.<br>O'NEILL, LYSAGHT & SUN LLP<br>100 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90401 | Counsel for Defendant, Cynthia Gershman |
| Edward Klein, Esq.<br>Heather Gilhooly, Esq.<br>LINER YANKELEVITZ SUNSHINE &<br>REGENSTREIF LLP<br>1100 Glendon Avenue 14th Floor<br>Los Angles, CA 90024 | Associate Counsel for Defendant, Cynthia Gershman |
| Henry Bushkin, Esq.<br>Huron Maki & Johnson LLP<br>1875 Century Park East, Suite 1000<br>Los Angeles, CA 90067 | Counsel for Defendants, Robert Freedman R.F.F., Inc., RFF Family Partnership |

| | |
|---|---|
| **Kevin M. Clarke, Esq.**<br>8726 S. Sepulveda Blvd. #1431<br>Los Angeles, CA 90045 | Counsel for Defendants, Kevin Clarke and Ronin Law Group |
| **Manuel H. Miller, Esq.**<br>5530 Corbin Avenue, Suite 210<br>Tarzana, CA 91356 | Attorney for Defendant Blake Reeves Lindquist |
| **Edward Jamison**<br>11301 W. Olympic Blvd., Suite 540<br>Los Angeles, CA 90064 | Defendant |

<u>**Arbus et al. v. Tonken, et al.**</u>
<u>**LASC Case No. SC078948**</u>

| | |
|---|---|
| **Leonard S. Machtinger, Esq.**<br>**Kenoff & Machtinger**<br>1901 Avenue of the Stars, Suite 1050<br>Los Angeles, CA 90067 | Counsel for Plaintiffs Loreen Arbus, Norman Chandler Fox and The Isabelle and Leonard Goldenson Association, Inc. |
| **Joel A. Spivak, Esq.**<br>3760 Motor Avenue #213<br>Los Angeles, CA 90034-6464 | Counsel for Defendants, Aaron Tonken and Aaron Tonken & Associates |
| **Kevin M. Clarke, Esq.**<br>8726 S. Sepulveda Blvd. #1431<br>Los Angeles, CA 90045 | Counsel for Defendants, Kevin Clarke and Ronin Law Group |