Philip D. Dapeer (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
5670 Wilshire Boulevard
Suite 1470
Los Angeles, California  90036-5614

Tel: (323) 954-9144 Fax: (323) 954-0457

Attorney for Debtor, Aaron Tonken

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.  LA 04-12883 EC |
| AARON TONKEN, | Chapter 7 |
| Debtor. | **OPPOSITION OF DEBTOR TO MOTION OF UNITED STATES TRUSTEE TO EXTEND BAR DATE** |
| | DATE: August 18, 2004<br>TIME: 1:30 p.m.<br>COURTROOM: 1639 |

   Debtor Aaron Tonken opposes the motion of the United States Trustee to extend bar date, as follows:

   1.   The moving papers do not set forth any statutory or case law authority for the United States Trustee to file a complaint objecting to the debtor's discharge or a motion to dismiss, in the context of a Chapter 7 case where a Chapter 7 Trustee has been appointed and has retained counsel.  The Chapter 7 Trustee has already obtained the relief sought by the United States Trustee.

| | |
|---|---|
| 1 | As and to the extent the United States Trustee would have |
| 2 | authority to file a complaint objecting to the debtor's discharge |
| 3 | or a motion to dismiss the case, debtor should not be subjected to |
| 4 | two sets of the same kinds of motions.  The United States Trustee |
| 5 | and the Chapter 7 Trustee should be directed by the court to |
| 6 | coordinate any decision regarding the filing of such a motion. |

DATED:    August 10, 2004

PHILIP D. DAPEER,
A law corporation

By: _____
    Philip D. Dapeer,
Attorney for Debtor
Aaron Tonken

---

**OPPOSITION MOTION TO EXTEND BAR DATE**

C:\Docs\T0029.004\OPP-MOT-EXTEND-2883.wpd                                                                -2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5670 Wilshire Boulevard, Suite 1470, Los Angeles, California 90036-5614.

On August 10, 2004, I served the foregoing document described as

**OPPOSITION OF DEBTOR TO MOTION OF UNITED STATES TRUSTEE TO EXTEND BAR DATE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

[X]  I deposited such envelope in the United States mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

[ ]  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postage service on same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  I delivered such envelope by personal delivery to the offices of the addressee(s).

Executed on August 10, 2004, at Los Angeles, California.

[ ]  (State) I declare under penalty of perjury that the foregoing is true and correct.

[**XX**]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lynn Toeg

**MAILING LIST**

1
2
3   United States Trustee
    Ernst & Young Plaza
4   725 South Figueroa Street
    26th Floor
5   Los Angeles, CA 90017

6
    Eric P. Israel
7   Danning, Gill, Diamond & Kollitz, LLP
    2029 Century Park East
8   Suite 1900
    Los Angeles, CA 90067
9

10  Mr. Aaron Tonken
11  269 South Beverly Drive
    PMB 372
12  Beverly Hills, CA 90212

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28